UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SANDBERGEN,<br><br>            Plaintiff,<br><br>     v.<br><br>ACE AMERICAN INSURANCE CO., et al.,<br><br>            Defendants. | Case No. 18-cv-04567-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendants' motion for summary judgment, JUDGMENT IS HEREBY ENTERED in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 10, 2020

_____
SALLIE KIM
United States Magistrate Judge